**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Baymont Franchise Systems, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYMONT FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAMARILLO HOSPITALITY, LLC, a California Limited Liability Company; BALA PALANISAMY, an individual; and KEN PANSURIA, an individual,<br><br>Defendants. | Civil Action No. 16-cv-0066(KM)(MAH)<br><br>**CONSENT ORDER WITHDRAWING PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT AND VACATING DEFAULT** |

This matter having been opened to the Court by LeClairRyan, attorneys for plaintiff, Baymont Franchise Systems, Inc. ("BFS"), and by Blank Rome LLP, attorney for defendants, Camarillo Hospitality, LLC, Bala Palanisamy and Ken Panisuria (collectively, "Defendants"), and the respective parties herein having consented to: (1) withdrawal of BFS' Motion to for Final Judgment by Default currently returnable before this court on June 6, 2016; (2) vacating of Default entered against Defendants entered on April 29, 2016; and (3) extending Defendants' time to Answer or otherwise respond to the Complaint until May 27, 2016; and for good cause shown;

IT IS on this the _19th_ day of _May_ 2016;

ORDERED that BFS' Motion for Final Judgment by Default is hereby withdrawn; and it is further

ORDERED that Default entered against Defendants is hereby vacated; and it is further

ORDERED that Defendants shall file an Answer or otherwise respond to the Complaint on or before May 27, 2016.

_____
HON. KEVIN MCNULTY, U.S.D.J.

We hereby consent to the form and substance of this Order:


By: __/s/ Bryan P. Couch__
    Bryan P. Couch
    Attorneys for Plaintiff,
    Baymont Franchise Systems, Inc.

By: __/s/ Eric G. Fikry__
    Eric G. Fikry, Esq.
    Attorneys for Defendants,
    Camarillo Hospitality, LLC, Bala Palanisamy and Ken Panisuria